FILED
February 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-cr-50 LKK
Plaintiff, )
v. ) ORDER FOR RELEASE
) ~~OF PERSON IN CUSTODY~~
Kyle Leonard, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct ~~you to~~ release the Kyle Leonard  Case 2:08-cr-50 LKK ~~from~~ ~~custody~~ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    (co-signed by mother)

    _X_  Unsecured bond in the amount of $50,000, to be secured by real property within 14 days.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 2/4/08   at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge