1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2767

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  ) CR. No. S-08-050 LKK
                               )
12                  Plaintiff,  ) Order Continuing Matter for Further
                               ) Status Conference
13              v.             )
                               )
14  TORI MICHELLE STOHLMAN,    )
    JAMES KEITH FLETCHER,      )
15  KYLE LEONARD,              )
                               )
16                  Defendants. )
                               )
17  _____

    _____
18

19

20       This matter came before the court for status conference on

21  March 4, 2008.  The United States was represented by Assistant

22  United States Attorney Mary L. Grad.  Defendants Stohlman,

23  Fletcher and Leonard were personally present, represented by

24  their individual defense counsel, Messrs. David Vasquez, Jesse

25  Santana and Roberto Marquez, Esq.

26       This matter was continued for further status hearing on

27  Tuesday, April 29, 2008 at 9:30 A.M. for further status.  Based

28  upon the volume of discovery including photographs, and the needs

1  of counsel to examine the discovery and meet with their clients,
2  time was excluded to and including April 29, 2008 due to needs of
3  counsel to prepare, Title 18, United States Code, Section
4  3161(h)(8)(B)(iv), Local Code T4.  I find that the needs of
5  counsel to prepare outweigh the public interest in a trial within
6  70 days, and that the interests of justice require a further
7  exclusion of time.
8  Dated: May 1, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT