```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TORI MICHELLE STOHLMAN,<br>JAMES KEITH FLETCHER,<br>KYLE LEONARD,<br><br>  Defendants. | CR. No. S-08-050 LKK<br><br>Order Continuing Matter for Further Status Conference |

This matter came before the court for status conference on April 29, 2008. The United States was represented by Assistant United States Attorney Robert M. Twiss. Defendants Stohlman, Fletcher and Leonard were personally present, represented by their individual defense counsel, Messrs. Jesse Santana and Roberto Marquez, Esq. Mr. Santana appeared for David Vasquez, Esq, on behalf of Ms. Stohlman, with her permission.

This matter was continued for further status hearing on Tuesday, July 22, 2008 at 9:30 A.M. for further status. Based

upon the volume of discovery including photographs, and the needs of counsel to examine the discovery, meet with their clients, conduct their own investigation, and evaluate their cases, time was excluded to and including July 22, 2008 due to needs of counsel to prepare, Title 18, United States Code, Section 3161(h)(8)(B)(iv), Local Code T4. I find that the needs of counsel to prepare outweigh the public interest in a trial within 70 days, and that the interests of justice require a further exclusion of time.

Dated: May 1, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT