**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Keith Fletcher

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND] ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| Defendants. | Date: July 22, 2008<br>Time: 9:30 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Heiko P. Coppola, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of July 22, 2008 be vacated and a new Status Conference date of September 9, 2008 at 9: 30 a.m. be set.

Discovery is ongoing. Counsel for the defendants need additional time to examine the discovery, complete their investigation, and meet with their clients. For these reasons, the parties

1

jointly request a new status conference date, and that the time period from July 22, 2008, to and including September 9, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: July 18, 2008.  /s/ Jesse I. Santana
JESSE I. SANTANA

Attorney for Defendant
James Keith Fletcher

Date: July 18, 2008.  /s/ David Vasquez
DAVID VASQUEZ

Attorney for Defendant
Tori Michelle Stohlman

Date: July 18, 2008.  /s/ Roberto Marquez
ROBERTO MARQUEZ

Attorney for Defendant
Kyle Leonard

Date: July 18, 2008.  /s/ Heiko P. Coppola
HEIKO P. COPPOLA

Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT