**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Keith Fletcher

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| Defendants. | Date: September 9, 2008<br>Time: 9:15 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of September 9, 2008 be vacated and a new Status Conference date of October 15, 2008 at 9: 15 a.m. be set.

This case was recently reassigned to Assistant United States Attorney Todd Leras. Discovery is ongoing. Counsel for the defendants need additional time to examine the discovery,

1

complete their investigation, and meet with Mr. Leras to discuss a resolution of these cases. For these reasons, the parties jointly request a new status conference date, and that the time period from September 9, 2008, to and including October 15, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: September 5, 2008.      /s/ Jesse I. Santana
JESSE I. SANTANA

Attorney for Defendant
James Keith Fletcher

Date: September 5, 2008.      /s/ David Vasquez
DAVID VASQUEZ

Attorney for Defendant
Tori Michelle Stohlman

Date: September 5, 2008.      /s/ Roberto Marquez
ROBERTO MARQUEZ

Attorney for Defendant
Kyle Leonard

Date: September 5, 2008.      /s/ Todd Leras
TODD LERAS

Assistant U.S. Attorney
Attorney for Plaintiff

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 9, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT