| | |
|---|---|
| **Jesse I. Santana (State Bar No. 132803)** | |
| **Law Offices of Beauchamp & Santana** | |
| The Historic Winship Building | |
| 500 Second Street | |
| Yuba City, CA 95991 | |
| TEL: (530) 822-9500 | |
| FAX: (530) 751-7910 | |

Attorney for Defendant
James Keith Fletcher

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| Defendants. | Date: October 14, 2008<br>Time: 9:15 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of October 14, 2008 be vacated and a new Status Conference date of December 16, 2008 at 9:15 a.m. be set.

1

The parties need additional time to discuss the potential resolution of these matters. The attorneys for the defendants and the Assistant United States Attorney are in the process of having settlement meetings. The parties have planned meetings which can not occur until after October 14, 2008 because of the schedules of the respective attorneys. For these reasons, the parties jointly request a new status conference date, and that the time period from October 14, 2008, to and including December 16, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: October 10, 2008.	/s/ Jesse I. Santana
JESSE I. SANTANA

Attorney for Defendant
James Keith Fletcher

Date: October 10, 2008.	/s/ David Vasquez
DAVID VASQUEZ

Attorney for Defendant
Tori Michelle Stohlman

Date: October 10, 2008.	/s/ Roberto Marquez
ROBERTO MARQUEZ

Attorney for Defendant
Kyle Leonard

Date: October 10, 2008.	/s/ Todd Leras
TODD LERAS

Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT