1  **Jesse I. Santana (State Bar No. 132803)**
   **Law Offices of Beauchamp & Santana**
2  The Historic Winship Building
   500 Second Street
3  Yuba City, CA 95991
   TEL: (530) 822-9500
4  FAX: (530) 751-7910

5  Attorney for Defendant
   James Keith Fletcher
6

7                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  UNITED STATES OF AMERICA,              No. S-08-050 LKK

12          Plaintiff,

13  vs.                                    **STIPULATION AND ORDER**

14  TORI MICHELLE STOHLMAN,
    JAMES KEITH FLETCHER
15  and KYLE LEONARD,
                                           Date:   December 16, 2008
16          Defendants.                    Time:  9:15 a.m.
    _____/           Hon. Lawrence K. Karlton
17

18

19
            It is hereby stipulated between the parties, Plaintiff United States of America, by and through
20
    Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her
21
    attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and
22
    Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:
23

24
            It is agreed that the current Status Conference date of December 16, 2008 be vacated and a
25
    new Status Conference date of February 18, 2009 at 9:15 a.m. be set.
26

27

28                                            1

The attorneys for the defendants are still conducting their respective investigations, and need additional time to discuss possible resolution with the government. For these reasons, the parties jointly request a new status conference date, and that the time period from December 16, 2008, to and including February 18, 2009 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: December 10, 2008.          /s/ Jesse I. Santana
                                 JESSE I. SANTANA

                                 Attorney for Defendant
                                 James Keith Fletcher

Date: December 10, 2008.          /s/ David Vasquez
                                 DAVID VASQUEZ

                                 Attorney for Defendant
                                 Tori Michelle Stohlman

Date: December 10, 2008.          /s/ Roberto Marquez
                                 ROBERTO MARQUEZ

                                 Attorney for Defendant
                                 Kyle Leonard

Date: December 10, 2008.          /s/ Todd Leras
                                 TODD LERAS

                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  December 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT