```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-050 LKK |
| Plaintiff, | |
| | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER, KYLE LEONARD, | |
| Defendants. | |

This matter came before the Court for a status conference on May 19, 2009, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Stohlman, Fletcher and Leonard were personally present. Attorney Jesse Santana appeared for Defendant Fletcher, Attorney David Vasquez appeared for Defendant Stohlman and Attorney Roberto Marquez appeared for Defendant Leonard.

The parties and all defendants agreed to set a status conference date of June 23, 2009, at 9:15 a.m. Defense counsel

1

requested additional time to prepare and discuss potential resolution with the government.

The Court ordered the status conference continued to June 23, 2009, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for June 23, 2009, at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 23, 2009.

IT IS SO ORDERED

Date: May 26, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT