LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-050 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER, KYLE LEONARD, | |
| Defendants. | |

This matter came before the Court for a status conference on August 18, 2009, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Stohlman, Fletcher and Leonard were personally present. Attorney Jesse Santana appeared for Defendant Fletcher, Attorney David Vasquez appeared for Defendant Stohlman, and Attorney Roberto Marquez appeared for Defendant Leonard.

The parties and all defendants agreed to set a status conference date of September 29, 2009, at 9:15 a.m. The parties have been meeting during the last two months to discuss potential

resolution.  The additional time is needed for further negotiations and to ensure attorney preparation in the event of a change of plea.

The Court ordered the status conference continued to September 29, 2009, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.  A status conference is set for September 29, 2009, at 9:15 a.m.

2.  Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through September 29, 2009.

IT IS SO ORDERED

Date: August 25, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT