```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-050 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| TORI MICHELLE STOHLMAN, | ) | |
| JAMES KEITH FLETCHER, | ) | |
| KYLE LEONARD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Lawrence G. Brown and Assistant United States Attorney Todd D. Leras, and Attorney Jesse Santana, Counsel for Defendant James Keith Fletcher, Attorney David Vasquez, Counsel for Defendant Tori Michelle Stohlman and Attorney Roberto Marquez, Counsel for Defendant Kyle Leonard, that the status conference scheduled for September 29, 2009, be continued to November 10, 2009, at 9:15 a.m.

Stipulation and Order Continuing Status Conference                    1

The request to continue the status conference is made on the ground that additional time is needed to negotiate possible settlement of the case. Defense counsel have had two group meetings with the government. They have submitted a proposal to resolve the case. The government has agreed to an additional meeting to review defense information. Defense counsel are requesting time to prepare for that meeting with the government. The government and all defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from September 29, 2009, up to and including November 10, 2009.

Defense counsel have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: September 24, 2009   By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney

DATED: September 24, 2009   By: /s/ Todd D. Leras for
                                JESSE I. SANTANA
                                Attorney for Defendant JAMES
                                KEITH FLETCHER

DATED: September 24, 2009   By: /s/ Todd D. Leras for
                                DAVID VASQUEZ
                                Attorney for Defendant TORI
                                MICHELLE STOHLMAN

DATED: September 24, 2009   By: /s/ Todd D. Leras for
                                ROBERTO MARQUEZ
                                Attorney for Defendant KYLE
                                LEONARD

1 **IT IS HEREBY ORDERED**:
2     1.    The status conference set for September 29, 2009, is
3 continued to November 10, 2009, at 9:15 a.m.
4     2.    Based on the stipulations and representations, the
5 Court finds that the ends of justice outweigh the best interest
6 of the public and Defendants in a speedy trial. Accordingly,
7 time under the Speedy Trial Act shall be excluded under 18 U.S.C.
8 § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to
9 prepare) from September 29, 2009, up to and including November
10 10, 2009.
11     IT IS SO ORDERED

Date: September 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing Status Conference