Jesse I. Santana (State Bar No. 132803)
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Keith Fletcher

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| | Date: November 10, 2009 |
| Defendants. | Time: 9:15 a.m. |
| _____/ | Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of November 10, 2009 be vacated and a new Status Conference date of January 12, 2010 at 9:15 a.m. be set.

The parties need additional time to discuss resolution of these matters. The attorneys for the defendants and the Assistant United States Attorney have planned meetings which can not occur until after November 30, 2009 because of the schedules of the respective attorneys. For these

1

reasons, the parties jointly request a new status conference date, and that the time period from November 10, 2009, to and including January 12, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: November 5, 2009.  /s/ Jesse I. Santana
JESSE I. SANTANA
Attorney for Defendant
James Keith Fletcher

Date: November 5, 2009.  /s/ David Vasquez
DAVID VASQUEZ
Attorney for Defendant
Tori Michelle Stohlman

Date: November 5, 2009.  /s/ Roberto Marquez
ROBERTO MARQUEZ
Attorney for Defendant
Kyle Leonard

Date: November 5, 2009.  /s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: November 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT