**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Keith Fletcher

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| Defendants._____/ | Date: January 12, 2010<br>Time: 9:15 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of January 12, 2010 be vacated and a new Status Conference date of February 17, 2010 at 9:15 a.m. be set.

The parties need additional time to discuss resolution of these matters. The attorneys for the defendants and the Assistant United States Attorney have planned meetings which can not occur until after January 22, 2010, because of the schedules of the respective attorneys. For these reasons,

1

the parties jointly request a new status conference date, and that the time period from January 12, 2010, to and including February 17, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: January 7, 2010.        /s/ Jesse I. Santana
                              JESSE I. SANTANA

                              Attorney for Defendant
                              James Keith Fletcher

Date: January 7, 2010.        /s/ David Vasquez
                              DAVID VASQUEZ

                              Attorney for Defendant
                              Tori Michelle Stohlman

Date: January 7, 2010.        /s/ Roberto Marquez
                              ROBERTO MARQUEZ

                              Attorney for Defendant
                              Kyle Leonard

Date: January 7, 2010.        /s/ Todd Leras
                              TODD LERAS

                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT