**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Keith Fletcher

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TORI MICHELLE STOHLMAN, JAMES KEITH FLETCHER and KYLE LEONARD, | |
| | Date: March 9, 2010 |
| Defendants. / | Time: 9:15 a.m. |
| | Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney Todd Leras, Defendant Tori Michelle Stohlman, through her attorney David Vasquez, Defendant James Keith Fletcher, through his attorney Jesse I. Santana, and Defendant Kyle Leonard, through his attorney Roberto Marquez, as follows:

It is agreed that the current Status Conference date of March 9, 2010 be vacated and a new Status Conference date of May 4, 2010 at 9:15 a.m. be set.

1

The attorneys for defendants Stohlman and Leonard are currently involved in a jury trial in which multiple defendants are charged with murder and gang enhancements that is expected to last until the latter part of March and early part of April, 2010. Because the attorneys for defendants Stohlman and Leonard are needed in settlement meetings with the Assistant United States Attorney, the parties need additional time to resolve these matters. The attorneys for the defendants and the Assistant United States Attorney are unable to conduct the meetings until mid-April 2010, when the attorneys for Stohlman and Leonard have completed their jury trial. This is the last request for a continuance of the status conference. For these reasons, the parties jointly request a new status conference date, and that the time period from March 9, 2010, to and including May 4, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: March 1, 2010.      /s/ Jesse I. Santana
JESSE I. SANTANA

Attorney for Defendant
James Keith Fletcher

Date: March 1, 2010.      /s/ David Vasquez
DAVID VASQUEZ

Attorney for Defendant
Tori Michelle Stohlman

Date: March 1, 2010.      /s/ Roberto Marquez
ROBERTO MARQUEZ

Attorney for Defendant
Kyle Leonard

Date: March 1, 2010.      /s/ Todd Leras

TODD LERAS

Assistant U.S. Attorney
Attorney for Plaintiff

**<u>ORDER</u>**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: March 1, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT