```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-08-050 LKK
12            Plaintiff,         )
                                 )   ORDER CONTINUING STATUS
13                               )   CONFERENCE
         v.                      )
14                               )
    TORI MICHELLE STOHLMAN,      )
15  JAMES KEITH FLETCHER,        )
    KYLE LEONARD,                )
16                               )
              Defendants.        )
17  _____)
18
19       This matter came before the Court for a status conference on
20  May 4, 2010, at 9:15 a.m.  The United States was represented by
21  Assistant United States Attorney Todd D. Leras.  Defendants
22  Stohlman, Fletcher and Leonard were personally present.  Attorney
23  Jesse Santana appeared for his client, Defendant Fletcher.  He
24  also appeared on behalf of Attorney David Vasquez with the
25  consent of Defendant Stohlman, and on behalf of Attorney Roberto
26  Marquez with the consent of Defendant Leonard.
27  / / /
28  / / /
                                    1
```

1 | The parties agreed to set a briefing schedule for defense
2 | motion(s) as follows:
3 |     Defendants' Motion(s) Filed by September 7, 2010
    Government Opposition Brief Due September 28, 2010
4 |     Defense Reply Brief Due October 5, 2010
5 | The parties, and all defendants, further agreed to set a
6 | non-evidentiary hearing and status conference date of October 19,
7 | 2010, at 9:15 a.m.
8 | The Court adopted the briefing schedule proposed by the
9 | parties and continued the matter for a non-evidentiary hearing
10 | and status conference on October 19, 2010, at 9:15 a.m.  Based on
11 | the representations of defense counsel that time was needed to
12 | research and prepare the defense motion(s), the Court further
13 | ordered that time be excluded under the Speedy Trial Act, 18
14 | U.S.C. § 3161(h)(7)(B)(iv) and  Local Code T4 (reasonable time to
15 | prepare) up to and including September 7, 2010.  The Court
16 | ordered that upon filing of the motion time shall be excluded, up
17 | to and including October 19, 2010, for a pending motion pursuant
18 | to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.  The Court
19 | directed government counsel to prepare a formal order.

1 **IT IS HEREBY ORDERED**:
2 　　1.　A status conference and non-evidentiary hearing on
3 defense motions is set for October 19, 2010, at 9:15 a.m.
4 　　2.　The Court adopts the briefing schedule requested by the
5 parties.
6 　　3.　Based on the parties' representations, the Court finds
7 that the ends of justice outweigh the best interest of the public
8 and Defendants in a speedy trial.  Accordingly, time under the
9 Speedy Trial Act shall be excluded for attorney preparation
10 through September 7, 2010.  Upon filing of defense motion(s) time
11 shall further be excluded through October 19, 2010.
12 　　IT IS SO ORDERED

15 Date: May 18, 2010                    _____
16                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT