```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )   CR. S-08-050 LKK
12            Plaintiff,          )
                                  ) STIPULATION AND ORDER
13                                ) TO RE-SET BRIEFING AND MOTION
        v.                        ) SCHEDULE
14                                )
    TORI MICHELLE STOHLMAN,       )
15  JAMES KEITH FLETCHER,         )
    KYLE LEONARD,                 )
16                                )
            Defendants.           )
17  _____)
18
19       Plaintiff United States of America and defendants Tori
20  Stohlman, James Fletcher and Kyle Leonard, through their
21  respective counsel, Attorneys David Vasquez, Jesse Santana and
22  Roberto Marquez, stipulate and agree to the following revised
23  briefing and hearing schedule regarding the Defendants' Motion to
24  Sever, Motion to Suppress/Motion to Quash, and Motion to Compel
25  Identify of Informant (collectively referred to as "Defendants'
26  Motions") currently set for a non-evidentiary hearing on October
27  19, 2010 at 9:15 a.m.:
28
                                    1
```

1. Government's Opposition shall be filed no later than October 19, 2010;

2. Defendant's Reply shall be filed no later than November 2, 2010; and

3. The non-evidentiary hearing on Defendants' Motions and Further Status Conference shall be continued to November 9, 2010, at 9:15 a.m.

The government needs additional time to research and prepare its opposition briefs to Defendants' Motions. Accordingly, the parties stipulate to the revised law and motion schedule.

Additionally, the parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion. The parties agree to exclusion of time for the reasons stated above from October 19, 2010, up to and including November 9, 2010. Attorneys Jesse David Vasquez, Jesse Santana and Roberto Marquez have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation for them.

DATED: September 28, 2010    By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: September 28, 2010    By: /s/ Todd D. Leras for
                                 JESSE I. SANTANA
                                 Attorney for Defendant JAMES
                                 KEITH FLETCHER

DATED: September 28, 2010    By: /s/ Todd D. Leras for
                                 DAVID VASQUEZ
                                 Attorney for Defendant TORI
                                 MICHELLE STOHLMAN

DATED: September 28, 2010        By: /s/ Todd D. Leras for
                                     ROBERTO MARQUEZ
                                     Attorney for Defendant KYLE
                                     LEONARD

**IT IS HEREBY ORDERED**:

Based on the stipulation of the parties, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from October 19, 2010, up to and including November 9, 2010. The non-evidentiary hearing on Defendants' Motions and Further Status Conference is continued to November 9, 2010, at 9:15 a.m.

Date: September 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT