1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                        NO. CR. S-08-50 LKK
12          Plaintiff,

13     v.                                    O R D E R

14 TORI M. STOHLMAN, et al.,

15          Defendants.
                                          /
16

17     In the above captioned case the government has acknowledged

18 that, under the circumstances, an in-camera hearing may be

19 appropriate.   The defendants request that their lawyers be

20 permitted to participate, relying on U.S. v. Spires, 3 F.3d 1234

21 (9th Cir. 1993).

22     The court now orders the government to respond, addressing the

23 propriety of defense counsels' participation, within ten (10) days.

24 The defendants may reply not later than seven (7) days after the

25 government's filing.

26 ////

1    The court will rule on the papers or order a hearing after

2 receipt of the filings.

3    IT IS SO ORDERED.

4    DATED: November 9, 2010.

5

6

7    _____
     LAWRENCE K. KARLTON

8    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26