**Jesse I. Santana (State Bar No. 132803)**
**Law Offices of Beauchamp & Santana**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
James Fletcher

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S-08-050 LKK |
| Plaintiff, | **ORDER** |
| vs. | |
| TORI STOHLMAN, JAMES FLETCHER, and KYLE LEONARD, | |
| Defendants. | |

On November 9, 2010, at 9:15 a.m., this matter came before the Court for a non-evidentiary hearing on Defendants Tori Stohlman, James Fletcher and Kyle Leonard's motions to quash the search warrant and to suppress evidence, to compel disclosure of the untested confidential informant and other individual, and for severance. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Stohlman, Fletcher and Leonard were personally present. Attorney Jesse Santana appeared for his client, Fletcher, attorney David Vasquez appeared for his client, Stohlman, and attorney Roberto Marquez appeared for his client, Leonard.

1

After hearing oral argument, the Court set an evidentiary hearing on the defendants' motion to quash search warrant and to suppress evidence for February 8, 2011 at 10:00 a.m. The government may file any further brief as to the motion to quash search warrant and to suppress evidence by January 11, 2011. The defendants may file a reply brief by January 25, 2011.

The Court also granted the government's request for an *in camera* hearing on the defendants' motion to compel disclosure of the untested confidential informant and other individual. Assistant United States Attorney Todd Leras will contact the courtroom deputy to calendar the matter. The Court will take the defendants' request that their lawyers be permitted to participate in the *in camera* hearing under submission. The Court will issue an order if the government needs to respond to the defendants' request.

The parties stipulated to defer ruling on the motion for severance until after the Court has ruled on the defendants' motion to quash search warrant and to suppress evidence.

The Court advised Defendants Stohlman, Fletcher and Leonard of their rights under the Speedy Trial Act and each of the defendants waived their rights under the Speedy Trial Act and agreed that time shall be excluded from November 9, 2010, up to and including February 8, 2011, pursuant to Local Code T-2 and Local Code E - pending motion. The Court ordered that time be excluded from November 9, 2010, up to and including February 8, 2011. The Court directed counsel for the defendants to prepare a formal order.

**IT IS HEREBY ORDERED:**

1. An evidentiary hearing on the defendants' motion to quash search warrant and to suppress evidence is set for February 8, 2011 at 10:00 a.m. The government may file any further brief as to the motion to quash search warrant and to suppress evidence by January 11, 2011. The defendants may file a reply brief by January 25, 2011.

2. The government's request for an *in camera* hearing on the defendants' motion to compel disclosure of the untested confidential informant and other individual is granted.

Assistant United States Attorney Todd Leras will contact the courtroom deputy to calendar the matter. The Court will take the defendants' request that their lawyers be permitted to participate in the *in camera* hearing under submission. The Court will issue an order if the government needs to respond to the defendants' request.

3. Based on the stipulation of the parties, the Court will defer ruling on the motion for severance until after ruling on the defendants' motion to quash search warrant and to suppress evidence.

4. Time shall be excluded under Local Code T-2 and Local Code E from November 9, 2010, up to and including February 8, 2011.

Date: November 15, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT