UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TORI M. STOHLMAN, JAMES FLETCHER, and KYLE LEONARD,

        Defendants.

                                    /

NO. CR. S-08-50 LKK

ORDER RE IN-CAMERA HEARING

    The court is of the opinion that the defendants have made an adequate showing to justify an in-camera hearing to compel disclosure of the confidential informant. Moreover, it appears to the court that the attorneys for the defendants should be permitted to participate in the hearing, thus freeing the court from the untenable position of seeking information for them. Finally, anticipating the next step in the process, the court will also order the government to produce the other individual in the car.

    The court now sets a hearing for January 5, 2011 at 10:00 a.m.

////

1

IT IS SO ORDERED.

DATED: December 1, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT