BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-08-050 LKK |
| Plaintiff, | ) |
| | ) PROPOSED ORDER FOLLOWING HEARING |
| | ) ON MOTION TO COMPEL DISCLOSURE OF |
| v. | ) THE IDENTITY OF A CONFIDENTIAL |
| | ) INFORMANT |
| TORI MICHELLE STOHLMAN, | ) |
| JAMES KEITH FLETCHER, | ) |
| KYLE LEONARD, | ) |
| | ) |
| Defendants. | ) |
| ————————————————— | ) |

This matter came before the Court on January 5, 2011, for an in camera hearing on Defendants' Motion To Compel Disclosure of the Identity of a Confidential Informant (the "Disclosure Motion"). The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Stohlman, Fletcher and Leonard were not present, their appearances having been excused for the purpose of conducting the in camera hearing. Attorney David Vasquez appeared for Defendant Stohlman, while Attorney Jesse Santana appeared for Defendant Fletcher and stood in for Attorney Roberto Marquez on behalf of Defendant Leonard.

1

The parties informed the Court that they had worked out a resolution of the Disclosure Motion. The government represented that it had provided defense counsel with information regarding the confidential informant and a third party requested in the Disclosure Motion. Defendants requested additional time to conduct investigation regarding potential testimony from the confidential informant and the third party in support of Defendants' pending Motion to Suppress Evidence and Motion to Quash Search Warrant (the Motion to Suppress and Motion to Quash).

The Court granted the request of the parties to continue the evidentiary hearing on the Motion to Quash and Motion to Suppress to May 3, 2011, at 10:00 a.m. The parties also requested to set the following briefing schedule related to the Motion to Suppress and Motion to Quash:

1.    Defendants' Supplemental Briefing, if any, in support of the Motion to Suppress and Motion to Quash be filed no later than March 15, 2011;

2.    The Government's Opposition Brief be filed no later than April 5, 2011; and

3.    Defendants' reply brief be filed no later than April 19, 2011.

The parties further agreed to hold in abeyance Defendants' Motion for Severance and that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (Pending Pre-Trial Motions) up to and including May 3, 2011.

**IT IS HEREBY ORDERED**:

The evidentiary hearing date and revised briefing schedule proposed by the parties is adopted and time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D), and Local Code E (Pending Pre-Trial Motion) up to and including May 3, 2011. The evidentiary hearing on Defendants' Motion to Suppress and Motion to Quash is scheduled for May 3, 2011, at 10:00 a.m.

Date: January 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT