```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-08-050 LKK
12           Plaintiff,          )
                                 )   ORDER FOLLOWING DATE SET FOR
13                               )   HEARING ON DEFENDANTS' MOTIONS
        v.                       )
14                               )
    TORI MICHELLE STOHLMAN,      )
15  JAMES KEITH FLETCHER,        )
    KYLE LEONARD,                )
16                               )
             Defendants.         )
17  _____)
18
```

This matter came before the Court for a scheduled evidentiary hearing on Defendants' "Motion to Quash the Search Warrant and to Suppress Evidence" (the "Motion to Suppress") on May 3, 2011.  The United States was represented by Assistant United States Attorney Todd D. Leras.  Defendants Stohlman, Fletcher and Leonard were personally present.  Attorney Jesse Santana appeared for Defendant Fletcher and stood in for both Attorney David Vasquez and Attorney Roberto Marquez with the consent of their respective clients, Defendant Stohlman and Defendant Leonard.

1

The parties were not ready to proceed to evidentiary hearing and represented to the Court that they have mutually exchanged investigative reports regarding the issues raised in the Motion to Suppress. The defendants have requested additional information regarding an interview of the confidential informant in this case. The government has agreed to obtain and turn over that information. The parties therefore jointly requested to set the matter for a status conference on May 17, 2011 to determine if both sides are ready to re-schedule an evidentiary hearing on the Motion to Suppress.

The Court set a status conference on May 17, 2011, at 9:15 a.m. The Court further ordered that time continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pending pre-trial motion). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for May 17, 2011, at 9:15 a.m.

2. Based on the parties' representations and the pending pre-trial motion, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 17, 2011.

IT IS SO ORDERED

Date: May 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT