```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-050 LKK |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING HEARING |
| | ) | REGARDING STATUS OF |
| v. | ) | PENDING MOTION |
| | ) | |
| TORI MICHELLE STOHLMAN, | ) | |
| JAMES KEITH FLETCHER, | ) | |
| KYLE LEONARD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter came before the Court for a hearing regarding the status of Defendants' "Motion to Quash the Search Warrant and to Suppress Evidence" (the "Motion to Suppress") on June 1, 2011. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Stohlman, Fletcher and Leonard were personally present. Attorney Jesse Santana appeared for Defendant Fletcher and stood in for both Attorney David Vasquez and Attorney Roberto Marquez with the consent of their respective clients, Defendant Stohlman and Defendant Leonard.

1

| 1 | The parties indicated that they are ready to proceed to
| 2 | evidentiary hearing following a mutual exchange of investigative
| 3 | reports regarding the issues raised in the Motion to Suppress.
| 4 | They also agreed to set a supplemental briefing schedule.  The
| 5 | government's supplemental brief in opposition to the Motion to
| 6 | Suppress is due on or before June 29, 2011.  Defendants' reply
| 7 | brief, if any, is due on or before July 13, 2011.
| 8 | The Court set an evidentiary hearing on the Motion to
| 9 | Suppress for July 27, 2011, at 10:00 a.m.  The Court further
| 10 | ordered that time continued to be excluded under 18 U.S.C.
| 11 | § 3161(h)(1)(D) and Local Code E (pending pre-trial motion).  The
| 12 | Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. An evidentiary hearing on Defendants' motion is set for July 27, 2011, at 10:00 a.m.

2. The supplemental briefing schedule proposed by the parties is adopted by the Court.

3. Based on the parties' representations and the pending pre-trial motions, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 27, 2011.

IT IS SO ORDERED

Date: June 3, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT