```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR.  S-08-050 LKK
12              Plaintiff,       )
                                 )  ORDER RE GOVERNMENT'S MOTION TO
13                               )  DISMISS
         v.                      )
14                               )
    TORI MICHELLE STOHLMAN,      )
15  JAMES KEITH FLETCHER, and    )
    KYLE LEONARD,                )
16                               )
                Defendants.      )
17  _____)
18
19
20       Pursuant to Rule 48(a) of the Federal Rules of Criminal
21  Procedure, the United States moves the Court for an order dismissing
22  the indictment.  The government bases this motion on post-indictment
23  evidence and information recently provided to it by defense counsel.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
    / / /
```

Based on the additional defense information and subsequent investigation, the government has determined that it can no longer meet its evidentiary burden in this case. The government therefore requests that the Court grant its motion to dismiss the pending indictment against all defendants in this case.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: July 25, 2011      /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Based on the government's motion, it is hereby ordered that the charges in the indictment against defendants Tori Michelle Stohlman, James Keith Fletcher and Kyle Leonard are dismissed with prejudice.

**IT IS SO ORDERED.**

Date: July 26, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT